UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.

STEPHON D. ROSS,

      Defendant.

_____/

Case No. 24-30439
Originating No.  24CR00048-REW

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the

United States of America hereby petitions the Court for an order transferring defendant

**STEPHON D. ROSS,** to answer to charges pending in another federal district,

and states:

1. On **October 11, 2024,** defendant appeared in the Eastern District

Michigan in connection with a federal arrest warrant issued in the **Eastern District of**

**Kentucky based on an Indictment**.  Defendant is charged in that district with violations

of **21 U.S.C. §846 (distribution of a controlled substance) and 21 U.S.C. §841(a)(1)**

**(possession of a controlled substance).**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN ISON
United States Attorney

*s/Darrin Crawford*
DARRIN CRAWFORD
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 11, 2024